# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| Christopher J. Smith, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.  12 cv 00859-CNC |
| v. | ) | |
| | ) | Judge Charles N. Clevert, Jr. |
| Encore Capital Group, Inc., Midland | ) | |
| Funding, LLC, Midland Credit | ) | |
| Management, Inc. | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' NOTIFICATION OF AFFILIATES AND CORPORATE DISCLOSURE

The undersigned, counsel of record for Defendants Encore Capital Group, Inc. ("Encore Capital Group"), Midland Funding, LLC ("Midland Funding"), and Midland Credit Management, Inc. ("Midland Credit Management") (collectively "Defendants"), furnish the following list in compliance with Civil L. R. 7.1 and Fed. R. Civ. P. 7.1:

1. The undersigned counsel represent Defendants in this action and expect to appear before this Court on Defendants' behalf.

2. Midland Funding, LLC and Midland Credit Management, Inc. are wholly-owned subsidiaries of Encore Capital Group, Inc., which is a publicly held corporation (NASDAQ: ECPG).

3. Encore Capital Group, Inc. has no parent corporations.

Respectfully submitted,

Encore Capital Group, Inc.,
Midland Funding, LLC, and
Midland Credit Management, Inc.

By: /s Angad S. Nagra
     One of their Attorneys

Anna-Katrina S. Christakis
Angad S. Nagra
Pilgrim Christakis LLP
53 West Jackson Boulevard, Suite 1515
Chicago, Illinois 60604
Ph. (312) 924-1773
Fax (312) 939-0983

# CERTIFICATE OF SERVICE

  Angad S. Nagra, an attorney, certifies that on February 13, 2014, he electronically filed the foregoing **DEFENDANTS' NOTIFICATION OF AFFILIATES AND CORPORATE DISCLOSURE** with the Clerk of the Court by using the CM/ECF system, and served a copy of same via First Class Mail, proper postage prepaid, on the individual listed below by depositing it in the U.S. mail at 53 West Jackson Boulevard, Chicago, IL 60604.

  Christopher J. Smith
  6061 W. Leon Terrace
  Milwaukee, WI 53218

                /s/ Angad S. Nagra